FILED
AUG 0 4 2025
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY: HL Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JORGE ENRIQUEZ, JR.,

Defendant.

Case No. 3:25-mj-00121-CLB

ORDER TO SEAL

(Under Seal)

This matter coming before the Court on the Government's Motion to Seal, the basis therein having been considered by the Court, and good cause showing, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Complaint, Complaint Affidavit, Arrest Warrant, the Government's Motion to Seal, and this Order in the above-captioned matter now pending, shall be, and is, SEALED until further Order of the Court.

DATED this 4th day of August 2025.

_____
HONORABLE CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE

4