RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for Jorge Enriquez, Jr.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JORGE ENRIQUEZ, JR.,<br><br>  Defendant. | Case No. 3:25-cr-00026-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REPLY DEADLINE** |

IT IS HEREBY STIPULATED AND AGREED, by and between RANDOLPH J. ST. CLAIR, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and SEAN A. MCCLELLAND, Assistant Federal Public Defender, counsel for JORGE ENRIQUEZ, JR., that the current deadline of October 3, 2025 for filing reply to response (ECF No. 35) be continued to October 6, 2025.

This is the second request for a continuance of the reply deadline.

//

//

//

//

Dated: October 3, 2025.

RENE L. VALLADARES
Federal Public Defender

By: /s/ Sean A. McClelland
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Counsel for JORGE ENRIQUEZ, JR.

By: /s/ Randolph J. St. Clair
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
Counsel for the Government

**IT IS SO ORDERED.**

**DATED** this <u>6th</u> day of October, 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE